

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| Alamo Defenders Descendants Association and Lee White, | § | No. 08-20-00172-CV |
|  | § | Appeal from the |
| Appellant, | § | 126th District Court |
| v. | § | of Travis County, Texas |
| Texas Historical Commission; Mark Wolfe, as Executive Director of The Texas Historical Commission, in his Official Capacity only; The Texas General Land Office; George P. Bush, Commissioner of The General Land Office of The State of Texas in his Official Capacity only; Alamo Trust, Inc.; Douglass McDonald, CEO of The Alamo Trust in his Official Capacity only; and The City of San Antonio, | § | (TC# D-1-GN-19-007845) |
| Appellees. | § |  |
|  | § |  |

**O R D E R**

The clerk's record was filed on August 7, 2020, and upon further review, it appears that the Orders on pages 3909 through 3914 have the incorrect year and the first page for each order are illegible.

Therefore, the Court ORDERS that the Honorable Maya Guerra Gamble, Presiding Judge for the 126th District Court of Travis County, Texas, enter a corrected order to include the correct year the order was signed and make the first page legible. The corrected order shall be filed with

1

the District Clerk of Travis County, Texas, and the District Clerk shall prepare a supplemental clerk's record which will include the corrected order and file it with this Court on or before September 2, 2020 .

IT IS SO ORDERED this 13th day of August, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.